1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  SUNDEEP PATEL, CSBN 242284
5  Special Assistant United States Attorney
         Social Security Administration
6        160 Spear St., Suite 800                                    O
7        San Francisco, CA  94105
         Telephone:  (415) 977-8981
8        Facsimile:  (415) 744-0134
9        Email:  Sundeep.Patel@ssa.gov
   Attorneys for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
13                  CENTRAL DISTRICT OF CALIFORNIA

14

15 | FELICIA ARLENE MOORER-      ) Case No. 2:15-cv-07293-KK
   | TROTTER,                    )
16 |                             ) **[PROPOSED]** ORDER
17 |     Plaintiff,               )
   |                             )
18 |         v.                  )
19 |                             )
   | CAROLYN W. COLVIN, Acting   )
20 | Commissioner of Social Security, )
21 |                             )
   |     Defendant.              )
22 |                             )
23

24

25

26

27

28

Based upon the Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned matter be remanded to Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, for further proceedings in accordance therewith.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant.

DATE: April 19, 2016  _____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE