EILEEN M. DECKER
United States Attorney
DOROTHY A. SHOUTEN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    Email:  Sundeep.Patel@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA ARLENE MOORER-TROTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-07293-KK<br><br>**[PROPOSED] JUDGMENT** |

1      Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

     Judgment for Plaintiff is hereby entered.

DATE: April 19, 2016      _____
                                    KENLY KIYA KATO
                                    UNITED STATES MAGISTRATE JUDGE